ANDREW J. PERRY Respondent, *v.* TRUE W. ROLLINS, Appellant.

(Submitted October 10, 1881 ; decided October 25, 1881.)

*Chas. G. Cronin* for appellant.

*A. J. Perry*, respondent, in person.

Agree to affirm without opinion.
All concur.
Judgment affirmed.